UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hoque, | |
| Petitioner, | 26-CV-3077 (DEH) |
| v. | |
| Mullin et al, | ORDER |
| Respondents. | |

DALE E. HO, United States District Judge:

On April 15, 2026, Petitioner filed a petition for writ of mandamus. It is hereby ORDERED that, within three weeks of the date on which Respondents appear, the Petitioner shall file a memorandum of law in support of Petitioner's request for a writ of mandamus. The memorandum shall not exceed **fifteen** pages. Respondents shall, within three weeks of Petitioner's filing, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed **fifteen** pages. Petitioner shall, within two weeks of Respondents' filing, file any reply memorandum that shall not exceed **eight** pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: April 20, 2026
       New York, New York

_____
DALE E. HO
United States District Judge